JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Commonwealth of Pennsylvania By Michelle A. Henry, Attorney General

## DEFENDANTS
Prospect Medical Holdings, Inc., Prospect Crozer, LLC, Leonard Green and Partners, Samuel Lee, David Topper

**(b)** County of Residence of First Listed Plaintiff: Pennsylvania
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Los Angeles, California
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michelle A. Henry - Attorney General, 1600 Arch Street Suite 300, Philadelphia, PA 19103

Attorneys *(If Known)*
Luke McLoughlin - Duane Morris LLP, 30 South 17th Street Philadelphia, PA 19103, 215-979-1000 (for Prospect parties)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [x] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
Breach of contract

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $550 million+

**CHECK YES only if demanded in complaint:**
**JURY DEMAND:** [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____
DOCKET NUMBER: _____

**DATE:** Oct 31, 2024

**SIGNATURE OF ATTORNEY OF RECORD:** *Luke McLoughlin* (signature)

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM

Place of Accident, Incident, or Transaction: __Delaware County, PA__

---

**RELATED CASE IF ANY:** Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? Yes ☐
   If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case ☐ is / ☑ is not related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

A. *Federal Question Cases:*
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Wage and Hour Class Action/Collective Action
6. Patent
7. Copyright/Trademark
8. Employment
9. Labor-Management Relations
10. Civil Rights
11. Habeas Corpus
12. Securities Cases
13. Social Security Review Cases
14. Qui Tam Cases
15. Cases Seeking Systemic Relief *see certification below*
16. All Other Federal Question Cases. *(Please specify)*:_____

B. *Diversity Jurisdiction Cases:*
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury *(Please specify)*:_____
7. Products Liability
8. ☑ All Other Diversity Cases: *(Please specify)* __Breach of Contract__

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☑ does / ☐ does not have implications beyond the parties before the court and ☐ does / ☑ does not seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☑ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>By MICHELLE A. HENRY, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, Individually, and DAVID TOPPER, Individually,<br><br>Defendants. | Case No.:<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**<br><br>[Removed from the Delaware County Court of Common Pleas, Case No. CV-2024-009428]<br><br>Complaint Filed:   October 28, 2024 |

## DEFENDANTS PROSPECT MEDICAL HOLDINGS, INC. AND PROSPECT CROZER, LLC'S NOTICE OF REMOVAL

Defendants Prospect Medical Holdings, Inc. and Prospect Crozer, LLC ("Prospect Defendants") file this notice to remove this action to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1332, 1441, and 1446. Plaintiff originally filed this action in the Delaware County Court of Common Pleas, Case No. 2024-009428.

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Prospect Medical Holdings, Inc. and Prospect Crozer, LLC ("Prospect Defendants"), hereby remove the above-captioned case from the Delaware County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania, on the basis of diversity jurisdiction under 28 U.S.C. § 1332.

**I.    BACKGROUND**

1. On October 28, 2024, Plaintiff, the Commonwealth of Pennsylvania, acting through its Attorney General, Michelle A. Henry, filed a complaint in the Delaware County Court of Common Pleas claiming, among other things, that the Prospect Defendants had breached obligations under a 2016 Asset Purchase Agreement to which the Commonwealth is not a party. *See* **Exhibit A** ("Compl.").

2. Plaintiff brings claims against the Prospect Defendants as well as Defendants Samuel Lee, David Topper, and Leonard Green & Partners (collectively, "Co-Defendants"), for breach of contract (Count I), negligent misrepresentation (Count II), unjust enrichment (Count III), and breach of fiduciary duty (Count V).

3. Plaintiff also seeks a constructive trust (Count IV), the revocation of a corporate franchise and appointment of a receiver (Count VI), and funding to support transition to a nonprofit successor (Count VII).

4. Upon information and belief, none of the Co-Defendants have been properly served.

5. As such, the Prospect Defendants need not obtain Co-Defendants' consent to the removal of this action. *See* 28 USC § 1446(b)(2)(A).

6. As required by 28 U.S.C. § 1446(a), a copy of all other process, pleading, and orders are attached as **Exhibits B** and **C**.

## II. TIMELINESS OF REMOVAL

7. This Notice of Removal is timely filed as the Complaint was filed less than 30 days ago and Defendants have not yet been properly joined and served with the Complaint. *See* 28 U.S.C. § 1446(b)(1) & (b)(3).

8. In removing this action, the Prospect Defendants do not waive any rights or defenses to which they are otherwise entitled, including but not limited to those set forth in Federal Rules of Civil Procedure 12(b), 13, 26, 33 and 34, and all defenses available under Pennsylvania law and its procedural rules.

## III. DIVERSITY OF CITIZENSHIP

9. Removal is appropriate pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 because complete diversity exists between Plaintiff and the Defendants and the alleged amount in controversy exceeds $75,000.

### A. Complete Diversity of Citizenship Exists

10. Plaintiff is a citizen of Pennsylvania. Compl. ¶ 3.

11. Defendant Prospect Medical Holdings, Inc. is a Delaware Corporation with its principal place of business located in California. *Id*. ¶ 4. Therefore, it is a citizen of Delaware and California for diversity purposes.

12. Defendant Prospect Crozer, LLC is a Pennsylvania liability company with its principal place of business in Pennsylvania. Compl. ¶ 5.

13. However, the state of organization and the principal place of business of a limited liability company and other unincorporated associations "are legally irrelevant" for determining

2

their citizenship. *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99, 105 (3d Cir. 2015) (*citing Carden v. Arkoma Associates*, 494 U.S. 185, 192 (1990)).

14. Instead, the citizenship of an unincorporated association is determined by the citizenship of its members. *Id*.

15. Defendant Prospect Crozer, LLC has one member, Prospect Penn, LLC.

   (a) Prospect Penn, LLC has one member, Prospect Medical Holdings, Inc.

   (b) Again, Prospect Medical Holdings, Inc. is citizen of Delaware and California.

16. Therefore, Prospect Crozer, LLC is a citizen of Delaware and California.

17. Upon information and belief, Defendant Samuel Lee resides in and is a citizen of California.

18. Upon information and belief, Defendant David Topper resides in and is a citizen of California.

19. Upon information and belief, no member of Defendant Leonard Green & Partners is a citizen of Pennsylvania.

20. Therefore, none of the Defendants are Pennsylvania citizens.

21. Accordingly, complete diversity exists between the parties.

**B.** **The Amount in Controversy Alleged Exceeds $75,000**

22. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different states.

23. Although Prospect Defendants deny any and all liability, the Complaint's alleged damages include requiring Prospect Defendants to fund certain ongoing operating costs for a major hospital system, along with requiring Co-Defendants to pay back "dividends received to be used

proportionally by Pennsylvania, Connecticut, Rhode Island, and California to fund health care initiatives . . . " (*see* Compl.'s Prayer for Relief), which Plaintiff alleges amounts to "at least $90 million[.]" *See* Compl. ¶ 26.

24. Additionally, Plaintiff seeks damages related to its costs of investigation and attorneys' fees incurred in this matter. *See* Compl.'s Prayer for Relief.

25. Accordingly, if liability is imposed and damages are awarded in this case (which the Prospect Defendants contest), the damages Plaintiff will seek will exceed $75,000.

## IV. VENUE

26. Venue lies in the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 1441, 1446(a).

27. This action originally was brought in the Delaware County Court of Common Pleas, which is located in this District.

28. Therefore, it is properly removed to this District.

## V. NOTICE OF REMOVAL TO STATE COURT AND TO PLAINTIFF

29. This Notice of Removal will be promptly served on Plaintiff and filed with the clerk of the Delaware County Court of Common Pleas, as required under 28 U.S.C. § 1446(d).

## VI. PRAYER FOR REMOVAL

30. **WHEREFORE**, Prospect Defendants pray that this civil action be removed from the Delaware County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

Dated: October 31, 2024                         **DUANE MORRIS LLP**

                                                       By: */s/ Luke P. McLoughlin*
                                                            Luke P. McLoughlin
                                                            Alan C. Kessler

*Counsel for Defendants Prospect Medical Holdings, Inc. and Prospect Crozer, LLC*

5

## CERTIFICATE OF SERVICE

    I, Luke P. McLoughlin, hereby certify that a true and correct copy of *Defendants' Notice of Removal* was served on this date via U.S. First Class Mail and e-mail, upon all parties of record and Plaintiff's counsel:

**MICHELLE A. HENRY**
**ATTORNEY GENERAL**
1600 Arch Street Suite 300
Philadelphia, PA 19103
attn: James Donahue, Esq.

                                            /s/ *Luke P. McLoughlin*
                                            Luke P. McLoughlin

Dated: October 31, 2024