APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,
By Michelle A. Henry, Attorney General

    Plaintiff,

    V.

PROSPECT MEDICAL HOLDINGS, INC.,
PROSPECT CROZER, LLC, LEONARD GREEN
AND PARTNERS, SAMUEL LEE, Individually,
and DAVID TOPPER, Individually

    Defendants.

Civil Action
No: 2:24-cv-05853-JP

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, _Leonard Green and Partners L.P_, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

November 11, 2024         _/s/ K. Rll_
Date              Signature

Counsel for: Leonard Green and Partners L.P

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:

 (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or

 (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:

 (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

 (2) promptly file a supplemental statement if any required information changes.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, <br> By Michelle A. Henry, Attorney General <br><br> Plaintiff, <br><br> v. <br><br> PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, Individually, and DAVID TOPPER, Individually <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 2:24-cv-05853-JP |

## CERTIFICATE OF SERVICE

I, Douglas K. Rosenblum, Esquire hereby certify that on this 11th day of November, 2024, a true and correct copy of the foregoing Notice of Appearance was served via ECF upon all parties of record.

                                                             Respectfully submitted,

                                                             **PIETRAGALLO GORDON ALFANO BOSICK AND RASPANTI, LLP**

                     By:    <u>*/s/ Douglas K. Rosenblum*</u> <br>
                                  Douglas K. Rosenblum, Esquire (90989) <br>
                                  1818 Market Street, Suite 3402 <br>
                                  Philadelphia, PA 19103 <br>
                                  (215) 320-6200 (Telephone) <br>
                                  (215) 981-0082 (Telecopy) <br>
                                  dkr@pietragallo.com

Date: November 11, 2024

                                                             *Counsel for Defendant, Leonard Green and Partners L.P.*