# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, <br> By Michelle A. Henry, Attorney General <br><br> Plaintiff, <br><br> v. <br><br> PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, Individually, and DAVID TOPPER, Individually <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 2:24-cv-05853-JP |

## DEFENDANT LEONARD GREEN AND PARTNERS, L.P. NOTICE OF CONSENT TO REMOVAL

Defendant Leonard Green and Partners, L.P. hereby consents to the removal of this action from Delaware County Court of Common Pleas, Case No. 2024-009428, to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Defendant Leonard Green and Partners, L.P. reserves all rights and defenses in this action.

Respectfully submitted,

**PIETRAGALLO GORDON ALFANO BOSICK AND RASPANTI, LLP**

Date: November 11, 2024

By: */s/ Douglas K. Rosenblum*
Marc S. Raspanti, Esquire (41350)
Douglas K. Rosenblum, Esquire (90989)
Mary Kate McDevitt, Esquire (332694)
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 320-6200 (Telephone)
(215) 981-0082 (Telecopy)
MSR@pietragallo.com
DKR@pietragallo.com
MKM@pietragallo.com

*Counsel for Defendant, Leonard Green and Partners L.P.*

## CERTIFICATE OF SERVICE

I, Douglas K. Rosenblum, Esquire hereby certify that on this 11th day of November, 2024, a true and correct copy of the foregoing Defendant Leonard Green and Partners, L.P. Notice of Consent to Removal was served via ECF upon all counsel of record.

*/s/ Douglas K. Rosenblum*
Douglas K. Rosenblum, Esquire

*11130507*