# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>By MICHELLE A. HENRY, Attorney General,<br><br>            Plaintiff,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, Individually, and DAVID TOPPER, Individually,<br><br>            Defendants. | Case No.: 2:24-cv-05853 |

## STIPULATION AND ORDER

Plaintiff Commonwealth of Pennsylvania and Defendants Prospect Medical Holdings, Inc. and Prospect Crozer, LLC (together, "Prospect"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Complaint was filed on October 28, 2024 and removed to federal court on October 31, 2024;

WHEREAS, Plaintiff and Prospect have subsequently met and conferred about the case and a potential briefing schedule;

WHEREAS, Plaintiff and Prospect and agree as follows:

IT IS THEREFORE STIPULATED AND AGREED that

1.    On or before December 5, 2024, Prospect will respond to the Motion for Preliminary Injunction and Motion for Appointment of Receiver.

2. On or before December 16, 2024, Plaintiff will file any reply to Prospect's response. On or before December 23, Prospect may file any sur-reply.

3. The parties will thereafter jointly request a date for hearing and argument on the Motions.

4. Prospect's time to answer, move, or otherwise respond to the Complaint shall be enlarged to December 5, 2024.

5. Prospect shall remain subject to all statutory conditions, *e.g.*, 72 P.S. § 1730-H(5)(vii), regarding hospital services and specialties.

Dated: November 12, 2024
Philadelphia, Pennsylvania

| COMMONWEALTH OF PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | DUANE MORRIS LLP |
|---|---|
| *Mark Pacella /cpm* <br> James A. Donahue, III, <br> First Deputy Attorney General <br> Mark Pacella <br> Executive Deputy Attorney General <br> 1600 Arch Street Suite 300 <br> Philadelphia, PA 19103 <br><br> *Counsel for Plaintiff* | *Luke P. McLoughlin* <br> Alan C. Kessler <br> Luke P. McLoughlin <br> 30 South 17th Street <br> Philadelphia, Pennsylvania 19103 <br> Phone: 215.979.1000 <br><br> *Counsel for Defendants Prospect Medical Holdings, Inc. and Prospect Crozer, LLC* |

**SO ORDERED:**

_____
United States District Judge