

**Devon E. Porter**

(310) 201-2100
dporter@birdmarella.com
www.birdmarella.com

File 3489.41

November 12, 2024

Luke P. McLoughlin, Partner
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Luke@duanemorris.com

Re: *Pennsylvania v. Prospect Medical Holdings, Inc. et al.*, **Case No. 2:24-cv-05853-JP**

Dear Mr. McLoughlin:

We represent defendants Samuel Lee and David Topper in *Pennsylvania v. Prospect Medical Holdings, Inc. et al.*, No, CV-2024-009428, which was recently removed to federal court (Case No. 2:24-cv-05853-JP (E.D. Pa.)). We will be filing a notice of appearance in the case shortly.

I am writing to inform you on behalf of Mr. Lee and Mr. Topper that we consent to removal of the case to federal court.

Please do not hesitate to reach out if you have any questions.

Very truly yours,

Devon E. Porter

DEP:dep
4004498.1

**Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP**
1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561