IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, By Michelle A. Henry, Attorney General Plaintiff, | : : : | Civil Action |
| v. | : | |
| PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, Individually, and DAVID TOPPER, Individually Defendants. | : : | No.: 2:24-cv-05853-JP |

ORDER

AND NOW, this 13th day of November 2024, it is hereby

ORDERED that the application of  Michael Fazio , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.[1]

[ ]   DENIED.

/s/ John R. Padova
John R. Padova          , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.