# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, By Michelle A. Henry, Attorney General,<br><br>Plaintiff,<br><br>vs.<br><br>PROSPECT MEDICAL HOLDINGS, INC.,PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, Individually, and DAVID TOPPER, Individually,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 2:24-cv-05853-JP |

## DEFENDANTS SAMUEL LEE AND DAVID TOPPER

## NOTICE OF CONSENT TO REMOVAL

Defendants Samuel Lee and David Topper hereby consent to the removal of this action from Delaware County Court of Common Pleas, Case No. 2024-009428, to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  Defendants Samuel Lee and David Topper reserve all rights and defenses in this action.

DATED:  November 25, 2024

Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP


By:      /s/ Devon E. Porter
Ekwan E. Rhow, Esquire *(Pro Hac Vice Application Pending)*
Devon E. Porter, Esquire (PA Bar #327898)
1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561
Tel: 310.201.2100
erhow@birdmarella.com
dporter@birdmarella.com

Attorneys for Defendants Samuel Lee and David Topper

NOTICE OF CONSENT TO REMOVAL

## <u>CERTIFICATE OF SERVICE</u>

I, Devon E. Porter, Esquire hereby certify that on this 25th day of November, 2024, a true and correct copy of the foregoing Defendants Samuel Lee and David Topper Notice of Consent to Removal was served via ECF upon all counsel of record.

*/s/ Devon E. Porter, Esq.*
Devon E. Porter, Esq.