IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | CIVIL ACTION |
| **vs.** | : | |
| **PROSPECT MEDICAL HOLDINGS, INC.** | : | NO.: 24-cv-5853 |

## O R D E R

**AND NOW**, this 26th day of November, 2024, in accordance with the court's procedure for random reassignment of cases, it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable John R. Padova, to the calendar of the Honorable John F. Murphy.

.

FOR THE COURT:

**MITCHELL S. GOLDBERG**
Chief Judge

ATTEST:

 /s/ George Wylesol
**GEORGE WYLESOL**
Clerk of Court