IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, <br> By Michelle A. Henry, Attorney General <br><br> Plaintiff, <br><br> v. <br><br> PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, Individually, and DAVID TOPPER, Individually <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 2:24-cv-05853-JFM |

## DEFENDANT LEONARD GREEN AND PARTNERS, L.P.'S AMENDED NOTICE OF CONSENT TO REMOVAL

Defendant Leonard Green and Partners, L.P. hereby consents to the removal of this action from Delaware County Court of Common Pleas, Case No. 2024-009428, to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and as articulated in Defendants Prospect Medical Holdings, Inc. and Prosect Crozer, LLC's Amended Notice of Removal filed on November 27, 2024. Defendant Leonard Green and Partners, L.P. reserves all rights and defenses in this action.

                              Respectfully submitted,

                              **PIETRAGALLO GORDON ALFANO BOSICK AND RASPANTI, LLP**

                    By:    */s/ Douglas K. Rosenblum*
                              Marc S. Raspanti, Esquire (41350)
                              Douglas K. Rosenblum, Esquire (90989)
                              Mary Kate McDevitt, Esquire (332694)
                              1818 Market Street, Suite 3402
                              Philadelphia, PA 19103
                              (215) 320-6200 (Telephone)

Date: December 4, 2024              (215) 981-0082(Telecopy)
                              MSR@pietragallo.com
                              DKR@pietragallo.com
                              MKM@pietragallo.com

                              Manisha M. Sheth, Esquire
                              Quinn Emanuel Urquhart & Sullivan, LLP
                              51 Madison Avenue, 22nd Floor
                              New York, NY 10010
                              212-849-7441
                              manishasheth@quinnemanuel.com
                              *Admitted Pro Hac Vice*

                              Michael Fazio, Esquire
                              Quinn Emanuel Urquhart & Sullivan, LLP
                              865 S. Figueroa St., 10th Floor
                              Los Angeles, CA 90017
                              213-443-3227
                              michaelfazio@quinnemanuel.com
                              *Admitted Pro Hac Vice*

                              ***Counsel for Defendant, Leonard Green and Partners L.P.***

## **CERTIFICATE OF SERVICE**

I, Douglas K. Rosenblum, Esquire hereby certify that on this 4th day of December, 2024, a true and correct copy of the foregoing Defendant Leonard Green and Partners, L.P.'s Amended Notice of Consent to Removal was served via ECF upon all counsel of record.

                                            */s/ Douglas K. Rosenblum*
                                            Douglas K. Rosenblum, Esquire

*11178111*