IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-5853 |
| | : | |
| **PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, DAVID TOPPER** | : | |

# **ORDER**

AND NOW, this 12th day of February 2025, it is **ORDERED** no later than **February 14, 2025**, the parties shall either (1) file a stipulated remand order recognizing that this court lacks subject matter jurisdiction or (2) show cause why the case should not be remanded for that reason.[1]

MURPHY, J.

---

[1] We do not normally respond to repeated telephone inquiries asking us to hurry up, but, since the parties keep asking — this is the problem we are having. The Commonwealth's arguments were persuasive, but they are opposed. *See* DI 29, 34-36. And we have seen no explanation for how we could enter the rather involved stipulated order without jurisdiction. If the parties want this handled immediately, then stipulate to the remand and ask the state court to sign the order. Otherwise, we will continue working on our analysis of the issue and await further guidance from the parties.