IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, By Michelle A. Henry, Attorney General,<br><br>Plaintiff,<br><br>vs.<br><br>PROSPECT MEDICAL HOLDINGS, INC.,PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, Individually, and DAVID TOPPER, Individually,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 2:24-cv-05853-JP |

## DEFENDANTS LEE AND TOPPER'S

## NOTICE OF CONSENT TO REMAND

In response to the Court's February 12, 2025 Order (Dkt. 39) and in light of the Stipulation to Remand by the Commonwealth and Defendants Prospect Medical Holdings, Inc. and Prospect Crozer, LLC, Defendants Samuel Lee and David Topper hereby notify this Court of their consent to remand the instant case to the Court of Common Pleas of Delaware County, case number CV-2024-009428.

Respectfully submitted,

DATED: February 14, 2025  Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP


By:  */s/ Devon E. Porter*
Ekwan E. Rhow, Esquire
*Admitted Pro Hac Vice*
Devon E. Porter, Esquire (PA Bar #327898)
1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561
Tel: 310.201.2100
erhow@birdmarella.com
dporter@birdmarella.com

Attorneys for Defendants Samuel Lee and David Topper