IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-5853 |
| | : | |
| **PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, DAVID TOPPER** | : | |

# ORDER

AND NOW, this 18th day of February 2025, in light of DI 40, 41, and 42, it is **ORDERED** no later than **February 20, 2025**, the Commonwealth of Pennsylvania and the Prospect defendants shall respond to the argument by defendant Leonard Green and Partners that "[t]he Debtors' bankruptcy filing is an independent ground that confers jurisdiction to this Court." DI 41 at 2. We would be remiss if we did not gently point out that the Commonwealth of Pennsylvania and the Prospect defendants filed a document inappropriately styled a "stipulation to remand" when there was not consent of all defendants. And we are somewhat at a loss to understand the conduct of the Prospect defendants in this matter (e.g., removing and then stipulating that there was no basis to remove). We are not trying to make this difficult on the parties, but federal subject matter jurisdiction is a non-discretionary, gating, and dispositive issue.

_____
MURPHY, J.