# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-5853 |
| | : | |
| **PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, DAVID TOPPER** | : | |

# ORDER

AND NOW, this 21st day of February 2025, it is **ORDERED** we will hold a case management videoconference over Microsoft Teams on **February 21, 2025** at **11:00 A.M.** and will send a videoconference link by e-mail to all counsel of record.[1]

MURPHY, J.

---

[1] The parties shall come prepared to discuss whether it would be improper to accept the stipulated remand over the objections of one of the defendants.