UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL, DAVID W. SUNDAY, JR. | : : : : | Civil Action No. 2:24-cv-05853-JFM |
| Plaintiff, | : : | Honorable John F. Murphy |
| PROSPECT MEDICAL HOLDINGS, INC., PROSPECT CROZER, LLC, LEONARD GREEN AND PARTNERS, SAMUEL LEE, INDIVIDUALLY, and DAVID TOPPER, INDIVIDUALLY, | : : : : : : | Electronically Filed |
| Defendants. | : | |

## Order to Dismiss under Federal Rule of Civil Procedure 41

TO THE CLERK OF THE COURT:

Pursuant to the Federal Rule of Civil Procedure 41, the Commonwealth of Pennsylvania, acting as *parens patriae* through its Attorney General, David W. Sunday, Jr. ("Commonwealth"), hereby moves to dismiss its claims against Defendant Leonard Green and Partners ("Leonard Green").

BY THE COURT:

_____
Murphy, U.S.D.J.