# United States District Court
# Eastern District of Pennsylvania

**PDF FILE WITH AUDIO FILE ATTACHMENT**

2:24–cv–05853

COMMONWEALTH OF PENNSYLVANIA v. PROSPECT MEDICAL HOLDINGS, INC. et al

| | |
|---|---|
| Office : | 2   Philadelphia |
| Case Type : | cv |
| Case Number : | 2:24–cv–05853 |
| Case Title : | COMMONWEALTH OF PENNSYLVANIA v. PROSPECT MEDICAL HOLDINGS, INC. et al |
| Session Date/Time : | Time unavailable |
| Audio File Name : | 24_5853_2_21_25.mp3 |
| Audio File Size : | 26.2 MB |
| Audio Run Time : | Time unavailable |

**Help Using This File :**

An audio file is embedded as an attachment in this PDF document. To listen to the file: 1– download this pdf to your local device, 2– open the saved pdf and click the attachments tab or paper clip icon, 3– right–click on the mp3 file and save the attachment to your local device, 4– open the saved mp3 audio file.
**MPEG Layer–3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C.Â§ 753 (b) "[n]o transcripts of the proceedings of the court shall be considered official exept those made from the records certified by the reporter or other individual designated to produce the record."